Maurice **GRIFFIN**, Plaintiff/Appellant,

v.

**STATE of Missouri,**
**Defendant/Respondent.**

No. 66484.

Missouri Court of Appeals,
Eastern District,
Division One.

March 21, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 26, 1995.

David C. Hemingway, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, C.J., REINHARD, P.J., and CRAHAN, J.

### ORDER

PER CURIAM.

Movant appeals from the motion court's denial of his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly

erroneous. An extended opinion would have no precedential value. Rule 84.16(b).